## DIAMOND PLATE GLASS COMPANY *v.* CLEM, ADMINISTRATRIX, ET AL.

[No. 2,842.   Filed Nov. 22, 1899.   Rehearing denied March 7, 1900.]

From the Tipton Circuit Court.   *Reversed.*

*J. C. Blacklidge* and *C. C. Shirley,* for appellant.

*B. C. Moon* and *C. Wolf,* for appellees.

PER CURIAM.—The questions presented in this case are decided in *Diamond Plate Glass Co.* v. *Curless,* 22 Ind. App. 346, and *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority thereof, the judgment in this case is reversed, and the cause is remanded with instruction to sustain the demurrer to the complaint.

---

## McCulloch, ADMINISTRATOR, *v.* WAITE.

[No. 3,138.   Filed April 25, 1900.]

From the Floyd Circuit Court.   *Reversed.*

*C. L. Jewett* and *H. E. Jewett,* for appellant.

*G. H. Hester, E. G. Henry,* and *E. B. Stotsenburg,* for appellee.

BLACK, J.—This case involves the question of law decided in *McCulloch, Administrator,* v. *Smith, ante,* 536, and, upon the authority of that decision the judgment in this case is reversed, and the cause is remanded with instruction to sustain the demurrer to the statement of claim.